STATE OF INDIANA )
                 ) SS:
COUNTY OF LAKE   )

**Filed in Clerk's Office**

OCT 2 0 2021

*Lorenzo Arredondo*
CLERK LAKE CIRCUIT COURT

IN THE LAKE SUPERIOR COURT
CIVIL DIVISION
CROWN POINT, INDIANA

JAMES ANDREW LOHNES
Plaintiff
Vs.
Nurse Practitioner Sue,
Nurse Practitioner Willie,
Correctional Health Indiana,
Lake County Jail,
Warden Michael A. Zenk
Defendants

45D04·211·Ct·1111
**Cause No.**

## COMPLAINT

On June 19, 2020 I was being transferred out of the Lake County Jail in Crown Point, Indiana to the Reception and Diagnostic Center in Plainfield, Indiana. I was taking very important serious medical and mental-health medications that were court ordered and have devastating withdrawal and side effects when not taken and Nurse Practitioner Sue and Nurse Practitioner Willie knew that. When I went to the Receiving Department in the Lake County Jail at approximately 1:00am on June 19, 2020 I remained there until approximately 8:00am on June 19, 2020. Nurse Practitioner Sue was in the triage room in Receiving when I asked her about my medications. Nurse Practitioner Sue looked at me and smiled a great big wide smile and said "I ain't giving it to you." Nurse Practitioner Sue then crouched down with another great big wide smile and told me I was going to "suffer." Shortly thereafter Nurse Practitioner Willie Walker came to the Receiving Department and I asked Willie Walker for my medication; basically pleading to Willie Walker for my medication since Nurse Practitioner Sue would not give it to me. Nurse Practitioner Willie Walker told me in a slick deep voice with also a smile and said "I have it now and you're not getting it – how does it feel to want?" Nurse Practitioner Sue is a defendant in a civil federal case in the United States District Court located in Hammond, Indiana under cause number 2:18-CV-307 in *James Andrew Lohnes v. Dr. Forgey, et al*. Nurse Practitioner Willie Walker although not a defendant in that cause unlike Nurse Practitioner Sue, Willie Walker is employed by Dr. Forgey and Correctional Health Indiana whom Correctional Health Indiana is also a defendant in the above cause number. Both Nurse Practitioner Sue and Nurse Practitioner Willie Walker's action toward me was deliberate indifferent, cruel & unusual, and unnecessarily rigorous toward my serious medical need, and it was an act of retaliation in violation of the United States Constitution 1st & 8th Amendment, including the Indiana State Constitution Article 1, section 15 and 16. I am asking for $10,000 in compensation for their hostile and premeditated action toward me and I am also a disabled person. Nurse Practitioner Sue and Nurse Practitioner Willie Walker were also deliberately cruel. There was absolutely no other reason for them to do what they did to me other than premeditated retaliatory pay back for the filing of federal civil case number 2:17-CV-259 (James Andrew Lohnes v. Nurse Practitioner Michelle, et al) and

Exhibit A - 0001

2:18-CV-307 (James Andrew Lohnes v. Dr. Forgey, et al) in the United States District Court. I suffered very serious extreme withdrawal, body pain, migraine headaches, diarrhea, dangerous anxiety including panic attacks, uncontrollable nervousness, and threw up for two days straight without my medication and it all began with what Nurse Practitioner Sue and Willie Walker viciously did to me in the Receiving Department at the Lake County Jail on June 19, 2020. I would like to thank you for your time in this matter.

Respectfully Submitted,

/s/

Mr. James Andrew Lohnes #282517
Pendleton Correctional Facility
4490 W. Reformatory Rd.
Pendleton, Indiana 46064

*See attached affidavit and Indiana Political Subdivision Risk Management Commission response.

Exhibit A - 0002

EXHIBIT A

**Filed in Clerk's Office**

**OCT 2 0 2021**

*Lorenzo Arredondo*
CLERK LAKE CIRCUIT COURT

Exhibit A - 0003



August 11, 2021

James A. Lohnes
James A. Lohnes 282517
4490 Reformatory Rd
Pendleton, IN 46064

**Filed in Clerk's Office**

**OCT 20 2021**

*Lorenzo Arredondo*
CLERK LAKE CIRCUIT COURT

RE: **James A. Lohnes**

Dear Sir/Madam:

This letter shall serve as formal notice and acknowledgement of our receipt of the Notice of Tort Claim you recently filed against **Lake County Jail & Pendleton Correctional Facility.**

The Indiana Political Subdivision Risk Management Commission is a funding mechanism for Indiana Governmental entities that require liability coverage. PLEASE NOTE that not all Indiana Governmental agencies participate in this Commission.

The **Lake County Jail & Pendleton Correctional Facility** is not a member(s) of the Indiana Political Subdivision Risk Management Commission Fund. Since no fund members were identified in your Notice of Tort Claim, no monies are available through the fund to assist you in your claim.

The Commission can only suggest that you file your claim directly with the **Lake County Jail & Pendleton Correctional Facility.** Indiana's Tort Claim Act requires service of Tort Claims on the Indiana Political Subdivision Risk Management Fund. The statute can be found at: http://www.in.gov/legislative/ic/code/title34/ar13/ch3.pdf. This notice shall serve as proof of your compliance with this requirement.

You will receive no further communication from the Commission regarding this claim. If you have any questions, please call (317) 608-4178.

Sincerely,

*Indiana Political Subdivision Risk Management Commission*
Noble Consulting Services, Inc.
211 N. Pennsylvania Street, Suite 2350
Indianapolis, Indiana 46204

211 N. PENNSYLVANIA ST., SUITE 2350, INDIANAPOLIS, IN 46204    MAIN: (317) 471-8800 | FAX: (317) 471-8812    WWW.NOBLECON.NET

Exhibit A - 0004